New York Investment and Improvement Company, Appellant, *v.* Joseph J. Cosgrove et al., Respondents.

*N. Y. Investment & Imp. Co.* v. *Cosgrove,* 47 App. Div. 35, affirmed.
(Argued May 15, 1901; decided June 4, 1901.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 1, 1900, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Alfred B. Cruikshank* for appellant.

*Joseph A. Flannery* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: Parker, Ch. J., Gray, O'Brien, Martin, Landon, Cullen and Werner, JJ.

—————

Sylvia Von Beck, Respondent, *v.* Hugo A. Thomsen et al., Appellants.

*Von Beck* v. *Thomsen,* 44 App. Div. 373, affirmed.
(Argued May 15, 1901; decided June 4, 1901.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1900, in favor of plaintiff upon the submission of a controversy on an agreed statement of facts under sections 1279-1281 of the Code of Civil Procedure.

*Louis C. Raegener* and *Eugene N. Robinson* for appellants.

*William G. Davies* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Martin, Landon, Cullen and Werner, JJ.